**In re: Keith Bryant WEBB, Petitioner.**

No. 07–2366.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. Aug. 2, 2007.

Filed: Aug. 27, 2007.

Keith Bryant Webb, Lewisburg, PA, pro se.

Michael J. Butler, Office of United States Attorney, Harrisburg, PA, for Respondents.

BEFORE: RENDELL, SMITH and JORDAN, Circuit Judges.

OPINION

PER CURIAM.

In April 2006 Keith Webb filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. In April 2007 Webb filed a mandamus petition seeking an order compelling the District Court to rule on his petition. Shortly thereafter the District Court did so, denying the petition on May 16, 2007.

Accordingly, the mandamus petition is moot, and we will deny it.